ACCEPTED
14-15-00653-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 9:15:58 PM
CHRISTOPHER PRINE
CLERK



**James T. Mahan**
Attorney-Mediator

**The Mahan Law Office**

10497 Town and Country Way, Suite 700
Houston, Texas 77024
**Tel:** (713) 239-1030
**Fax:** (713) 589-7970
**Cell:** (832) 439-6996
**URL:** www.HoustonFamilyLawPC.com
**E-mail:** james.mahan@HoustonFamilyLawPC.com

November 24, 2015

Honorable Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

> **RE:** **Notice of representation in the case styled:**
>
> **In the Interest of J.A.F., M.F., D.F., and N.F., Minor Children**
> **Cause No. 14-15-00653-CV.**

Dear Mr. Prine:

I have been retained to serve as counsel for Appellee, Guillermo Nunez Fajardo, in this case. Please designate me as counsel for Guillermo Nunez Fajardo and add the following information to your records:

> James T. Mahan
> Texas Bar No. 12830500
> 10497 Town and Country Way, Suite 700
> Houston, Texas 77024
> Tel. 713-239-1030
> Fax 713-589-7970
> Email: james.mahan@houstonfamilylawpc.com

Thank you for your assistance.

Sincerely,

*James T. Mahan*

James T. Mahan